UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSCELYN QUIROZ and SAMUEL QUIROZ on behalf of themselves and all others situated,<br><br>       Plaintiff,<br><br>v.<br><br>RIDER UNIVERSITY,<br><br>       Defendant. | Civil Action No.:  3:20-cv-05620<br><br>**ORDER FOR THE ADMISSION *PRO HAC VICE* OF CHRISTOPHER R. HEALY**<br><br>(Electronically Filed) |

**ORDER FOR THE ADMISSION *PRO HAC VICE* OF CHRISTOPHER R. HEALY**

UPON CONSIDERATION of Defendant Rider University's Unopposed Application for Admission to Practice *Pro Hac Vice* ("Application"), and the submission of the Declarations of Angelo A. Stio, III and Christopher R. Healy, in support of the Application, and upon consideration of Local Civil Rule 101.1(c), and the Court having considered the matter, and for good cause shown:

IT IS on this __31st__ day of _____July_____, 2020,

ORDERED that the Unopposed Application for Admission to Practice *Pro Hac Vice* is granted and Mr. Christopher R. Healy is hereby admitted to practice *pro hac vice* in this case on behalf of Defendant Rider University.

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, Local Rule 104.1, Discipline of Attorneys and Appendix R to the

Local Civil Rule, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that Angelo A. Stio, III or any other Troutman Pepper attorney admitted to this Court who herein after files a Notice of Appearance shall (a) be the attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this case, and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court in this case; (d) appear at all proceedings unless previously excused from appearing by the Court; and (e) be responsible for the conduct of this case and of counsel admitted hereby;

IT IS FURTHER ORDERED that counsel shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2, for each year in which counsel represents the client in this matter;

IT IS FURTHER ORDERED that counsel shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in this matter, in accordance with the Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection.

- Defendant's Motion for Leave to Appear Pro Hac Vice [ECF No. 8] is unopposed.

- This Order terminates ECF No. 8.

s/ Douglas E. Arpert
Hon. Douglas E. Arpert
United States Magistrate Judge

57950204