# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSCELYN QUIROZ and SAMUEL QUIROZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>RIDER UNIVERSITY,<br><br>            Defendant. | Civ. No. 3:20-cv-05620-FLW-DEA<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO FILE A FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff Samuel Schoening filed a Complaint (ECF No. 1) on May 6, 2020 alleging various state law claims against Rider University ("Defendant");

WHEREAS, Defendant filed a motion to dismiss the Complaint on August 3, 2020 (ECF No. 12);

WHEREAS, Plaintiff's deadline to respond to the motion to dismiss is August 25, 2020;

WHEREAS, Plaintiff's deadline to file an amended complaint pursuant to Rule 15 is August 24, 2020;

WHEREAS, Plaintiff desires to file a first amended complaint pursuant to Rule 15; and

WHEREAS, Plaintiff requests, and Defendant does not oppose, an extension for Plaintiff to file her first amended complaint and respond to the motion to dismiss up to and including September 8, 2020.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. Plaintiff shall have up to and including September 8, 2020 to either file her First Amended Class Action Complaint or to respond to Defendant's motion to dismiss.

2. Defendant's agreement to the extension of time set forth in this Stipulation is without waiver of any defenses or motions Defendant may assert or file in response to the First Amended Complaint.

Dated: August 19, 2020

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*
      Philip L. Fraietta

888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
Email:  aobergfell@bursor.com

*Attorneys For Plaintiff*

Dated:  August 19, 2020

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   */s/ Angelo A. Stio III*
      Angelo A. Stio III

Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
Telephone:  (609) 951-4125
E-Mail:  angelo.stio@troutman.com

*Attorneys for Defendant*

SO ORDERED

Dated: August 20, 2020

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge