UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSCELYN QUIROZ and SAMUEL QUIROZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIDER UNIVERSITY,<br><br>Defendant. | Civil Action No. 3:20-cv-05620-FLW-DEA |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action without prejudice, with both parties to bear their own costs. The dismissed complaint shall be refiled in the Superior Court of New Jersey (Mercer Vicinage) within thirty (30) days of the date of this Stipulation, and if filed within this thirty (30) day timeframe the statutes of limitations for all claims asserted in this action shall relate back to May 6, 2020, the date of the filing of the original complaint.

*/s Angelo A. Stio III*
Angelo A. Stio III
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540
(609) 951-4125

***Attorney for Defendant***

*/s Philip L. Fraietta*
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue, 3rd Floor
New York, New York 10019
(646) 837-7150

***Attorney for Plaintiffs***